DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREW JEFF COFFEE, IV,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-691

[January 26, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 31-2017-CF-000341A.

A. Julia Graves of the Law Office of A. Julia Graves, P.A., Vero Beach, and Adam Chrzan, Vero Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Rachael Kaiman, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***